01-15-00809-CR

# CHRIS DANIEL

### HARRIS COUNTY DISTRICT CLERK

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/23/2015 1:42:48 PM
CHRISTOPHER A. PRINE
Clerk

September 8, 2015

HONORABLE WAYNE MALLIA
351ST DISTRICT COURT
HARRIS COUNTY
HOUSTON, TEXAS

Defendant's Name: JASON ROBINSON

Cause No: 1399192

Court: 351ST

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 09/03/2015
**Sentence Imposed Date:** 09/03/2015
**Court of Appeals Assignment:** First· Court of Appeals
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

/S/ N. Salinas
Criminal Post Trial Deputy

CC: Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

TONI GOUBEAUD (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P O Box 4651  Houston. Texas 77210-4651

Cause No. 1399192

A0122999
998

P2

## THE STATE OF TEXAS
### V.

Jason Robinson_____, A/K/A/ _____

_____

___351st___ District Court / ~~County Criminal Court at Law No.~~ _____

Harris County, Texas

### NOTICE OF APPEAL

**TO THE HONORABLE JUDGE OF SAID COURT:**

On ___SEP 0 3 2015___ (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction.

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw.

☒ ADVISES the court that he will CONTINUE to represent the defendant on appeal

___SEP 0 3 2015___
**Date**

_SHEVEN GREENLEE_
**Defendant (Printed name)**

F I L E D
Chris Daniel
District Clerk

SEP 0 3 2015

Time: ___9/3/15___
Harris County, Texas

By_____
**Deputy**

_____
**Attorney (Signature)**

_STEVEN GREENLEE_
**Attorney (Printed name)**

_08400800_
**State Bar Number**

_4808 Whispernill Cir_
**Address**

_832/443-6294_
**Telephone Number**

**The defendant (check all that apply):**

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him.

☒ ASKS the Court to ORDER that a free record be provided to him.    A0113984

☐ ASKS the court to set BAIL.

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief.

_____
**Defendant (Signature)**

_Jason Robinson_
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON ___9/3/15___

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___SEP 0 3 2015___ the Court conducted a hearing and FINDS that defendant / appellant

☐ IS NOT indigent at this time

☒ IS indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk s and court reporter's record

    ☒ employing counsel or paying for a clerk s and court reporter s record

The Court ORDERS that

☒ Counsel's motion to withdraw is (GRANTED)/ DENIED

☐ Defendant / appellant's motion (to be found indigent) is DENIED

☐ Defendant s / appellant s motion is GRANTED and

    ☐ _____(attorney s name & bar card number)
    is APPOINTED to represent defendant / appellant on appeal

    ☐ The COURT REPORTER is ORDERED to prepare and file the reporter s record without charge to defendant / appellant

BAIL IS

☐ SET at $ _____

☐ To CONTINUE as presently set

☒ DENIED and is SET at NO BOND (Felony Only)

DATE SIGNED ___9/3/15___

_____
JUDGE PRESIDING
35 1st DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW NO ____
HARRIS COUNTY TEXAS




Cause No. 1399192

THE STATE OF TEXAS

v.

Jason Robinson , Defendant

IN THE 351st DISTRICT COURT

COUNTY CRIMINAL COURT AT LAW NO. _____

HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☒ is not a plea-bargain case, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial, and not withdrawn or waived, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal. [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal. [or]

☐ the defendant has waived the right of appeal.

_____          9/3/15
Judge                                     _____
                                          Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. TEX. R. APP. P. 68.2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

X _Jason Robinson_____          _____
Defendant                                 Defendant's Counsel

Mailing Address: _____          State Bar of Texas ID number: _____

FILED

Telephone number: _____          Mailing Address: _____
                  SEP 03 2015

Fax number (if any): ___ 9/3/15___        Telephone number: _____
                  ...nty, Texas

By_____                 Fax number (if any): _____
         Deputy

* "A defendant in a criminal case has the right of appeal under these rules  The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order  In a plea bargain case-that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by a written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULES OF APPELLATE PROCEDURE 25.2(a)(2).

CLERK                                                          9/1/2011

# APPEAL CARD

Due: 11-2-15    1st

Court 351st    Cause No. 1399192

### The State of Texas
### Vs

Jason Robinson

9-3-15

**Date Notice Of Appeal:** September 3, 2015

**Presentation:** Vol._____ Pg._____

**Judgment:** Vol._____ Pg._____

**Judge Presiding** Mallia, Wayne

**Court Reporter** Toni Goubeaud

**Court Reporter**_____

**Court Reporter**_____

**Attorney on Trial** Greenlee, Steven

**Attorney on Appeal** TBD

Appointed_____ Hired_____

**Offense** Aggravated sexual Assault

**Jury Trial** Yes ✓ No____

**Punishment Assessed** 45 years TDCJ-ID

**Companion Cases (If Known)** 1399190

**Amount of Appeal Bond** Ø

**Appellant Confined:** Yes ✓ No____

**Date Submitted To Appeal Section** 9/4/15    99X

**Deputy Clerk**_____